S97A1127. KING v. STATE OF GEORGIA et al.
(493 SE2d 189)

SEARS, Justice.

Because the appellant, Etheridge King, an inmate, failed to use a form promulgated by the Administrative Office of the Courts in preparing his complaint,[1] and because the clerk of superior court, contrary to the requirements of OCGA § 9-10-14 (b), accepted King's complaint for filing even though King did not use the proper form, we conclude that the trial court did not err in dismissing King's action without prejudice.

*Judgment affirmed. All the Justices concur, except Thompson, J., not participating.*

DECIDED SEPTEMBER 15, 1997.

Etheridge King, Jr., *pro se.*
*Thurbert E. Baker, Attorney General, Kyle A. Pearson, Carol A. Callaway, Assistant Attorneys General, Elliott & Blackburn, James L. Elliott,* for appellees.

---

[1] OCGA § 9-10-14 (a), (b). See *Heaton v. Lemacks,* 266 Ga. 189 (466 SE2d 7) (1996).